1

2

3    **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

4

5    **UNITED STATES OF AMERICA,**

6                         **Plaintiff,**                          **Case No. CR04-5361 RBL**
                                                                  **ORDER RE:**
7              **v.**                                            **ALLEGATIONS OF**
                                                                  **VIOLATION OF**
8    **VAL J. WILLIAMS,**                                         **CONDITIONS OF**
                                                                  **SUPERVISION**
9                         **Defendant.**

10

11          **THIS MATTER comes on for hearing on the Petition of the United States Probation Office**
     **alleging that the defendant has violated the conditions of supervision.**
12

13          **The plaintiff appears through Assistant United States Attorney, DOUGLAS HILL;**
            **The defendant appears personally and represented by counsel; LINDA SULLIVAN**

14          **The U.S. Probation Office has filed a petition violations of the terms and conditions of**
     **supervision, in that he Failed to satisfactorily participate in a residential reentry center by escaping**
15   **from the facility on or about November 20, 2006, in violation of an order modifying supervision.  The**
     **defendant has been advised of the allegation and maximum potential sanction if substantiated.**
16

17          **The defendant freely and voluntarily acknowledged that he did in fact violate the terms of his**
     **supervision as alleged by the U.S. Probation Office.  The court accepts the acknowledgment, finding**
18   **that it is entered freely and voluntarily, the defendant understanding his right to a hearing, and the**
     **maximum potential sanctions.**
19
            **The matter is scheduled for hearing on the following time and date before the Honorable**
20   **RONALD B. LEIGHTON**

21                         **Date:          DECEMBER 14, 2006**
                           **Time:          8:30 p.m.**

22          **( X  ) Defendant is ordered detained for failing to show that he/she will not flee or pose a danger**
     **to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as**
23   **ordered by the court for further proceedings.    .**

24          **The clerks shall direct copies of this order to counsel for the United States, to counsel for the**
     **defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services**
25   **Office.**

26                                                    **November 27, 2006.**

27                                                     **/s/ J. Kelley Arnold**
                                                      **J. Kelley Arnold, U.S. Magistrate Judge**
28


ORDER
Page - 1